The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
SIDESOLVE LLC,

                    Plaintiff,

        v.

ECONOMIC OPPORTUNITY INSTITUTE,

                    Defendant.

CASE NO.  2:23-cv-01828-JNW

**FILED UNDER SEAL**

[PROPOSED] ORDER

The United States of America has filed an *Ex Parte* Application for an order partially lifting the seal in this case so that the United States may, at its discretion, provide Defendant and other necessary parties with a copy of the Complaint. The Court is satisfied that a partial lifting of the seal is consistent with the seal provisions of the False Claims Act and may expedite the United States' investigation and possible resolution of this matter.

THEREFORE, IT IS HEREBY ORDERED that the United States' *Ex Parte* Application for Partial Lifting of Seal shall be granted, such that the United States, at its discretion, may provide a copy of the Complaint to Defendant and other necessary parties. The Clerk shall otherwise maintain the Complaint and all other filings in this action under seal for the duration of the United States'

[PROPOSED] ORDER - 1
2:23-cv-01828-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigation or until otherwise ordered by the Court.

DATED this 10th day of June, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ Matt Waldrop
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

[PROPOSED] ORDER - 2
2:23-cv-01828-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970