The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.* SIDESOLVE LLC,

Plaintiff,

v.

ECONOMIC OPPORTUNITY INSTITUTE,

Defendant.

CASE NO. 2:23-cv-01828-JNW

**FILED UNDER SEAL**

[PROPOSED] ORDER

The United States, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), having intervened for the purpose of settlement in this action, and having requested that the Court lift the seal in this case; it is hereby:

ORDERED that the seal shall be lifted on all matters in this action; and it is further

ORDERED that the Clerk of the Court shall provide an executed copy of this Order to counsel for the United States and counsel for the Relator.

//

//

[PROPOSED] ORDER - 1
2:23-cv-01828-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this <u>30th</u> day of <u>January</u>, 2025.

2

3

4                                       JAMAL N. WHITEHEAD
United States District Judge

5

6 Presented by:

7

*s/ Matt Waldrop*
8 MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
9 United States Attorney's Office
700 Stewart Street, Suite 5220
10 Seattle, Washington 98101-1271
Phone:  206-553-7970
11 Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER - 2
2:23-cv-01828-JNW
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970