The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
SIDESOLVE LLC,

          Plaintiff,

          v.

ECONOMIC OPPORTUNITY INSTITUTE,

          Defendant.

CASE NO. 2:23-cv-01828-JNW

[PROPOSED] ORDER

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator Sidesolve LLC, it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1. The Parties having agreed to a settlement of certain claims raised in this matter;

2. All of the claims set forth in the Complaint shall be dismissed against Defendant with prejudice to the Relator and with prejudice to the United States, to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement executed by the United States, the Relator, and Defendant on January 21, 2025, but otherwise without prejudice to the United States; and

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

[PROPOSED] ORDER - 1
2:23-cv-01828-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 24th day of March, 2025.

JAMAL N. WHITEHEAD
United States District Judge

Presented by:

*s/ Matt Waldrop*
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov

*s/ Jason Marcus*
Jason Marcus (pro hac vice)
Georgia Bar No. 949698
Bracker & Marcus LLC
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com

[PROPOSED] ORDER - 2
2:23-cv-01828-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970